# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-23-00537-CV

**Casey Gibson, Appellant**

**v.**

**Summer Lopez, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 23CCV00393, THE HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 9, 2023.  After this Court granted multiple motions requesting an extension of time to file his brief, appellant's brief was due February 8, 2024.  On March 4, 2024, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by March 14, 2024, would result in the dismissal of this appeal for want of prosecution.  To date, appellant has not filed a brief or a motion for extension of time.  Accordingly, we dismiss this appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed for Want of Prosecution

Filed:  May 10, 2024